**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 596 WAL 2014
                                             :

          Respondent       : Petition for Allowance of Appeal from the
                                             : Order of the Superior Court
                                             :

                        v.                :

RAYMOND ALLEN MATTESON,      :

          Petitioner         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.